UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, et al.,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>RTA, INC.,<br><br>                              Defendant. | 25-CV-2371 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due June 17, 2025 and the initial pretrial conference scheduled for June 24, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 14, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 30, 2025
        New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge