UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, et al.,<br><br>               Plaintiffs,<br><br>      -against-<br><br>RTA, INC.,<br><br>               Defendant. | 25-CV-2371 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On March 6, 2026, the Court directed "the parties to submit a joint letter, updating the Court on settlement, by April 6, 2026." ECF No. 24. However, the parties have yet to submit a joint letter to the Court. The Court orders the parties to submit a joint status letter by April 10, 2026.

Dated:  April 8, 2026
        White Plains, New York

                                 SO ORDERED.

                                 JESSICA G. L. CLARKE
                                 United States District Judge