UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND, et
al.,

Plaintiffs,

-against-

RTA, INC.,

Defendant.

25-CV-2371 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, Plaintiffs shall re-file their proposed Order to Show Cause, ECF No. 28, as a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 8, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: May 4, 2026
    White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge