UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, et al.,

Plaintiffs,

-against-

RTA, INC.,

Defendant.

25-CV-2371 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 4, 2026, Plaintiffs filed a motion for default judgment under Federal Rules of Civil Procedure 54 and 55. *See* ECF No. 33.

On May 5, 2026, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than May 19, 2026, as to why an order should not be issued granting a default judgment against Defendant. ECF No. 35. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendant.

Further, it is hereby ORDERED that all parties appear for a conference with the Court on **October 28, 2026, at 2:30 p.m**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1171610476#. The parties should be prepared to discuss the judgment to be entered following the default judgment.

The Clerk of Court is directed to terminate ECF No. 33.

SO ORDERED.

Dated: October 1, 2026
White Plains, New York

JESSICA G. L. CLARKE
United States District Judge