UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES NATIONAL PENSION FUND and DISTRICT COUNCIL NO. 9 GLAZIERS LOCAL UNION NO. 1087,<br><br>Plaintiffs,<br><br>-against-<br><br>RTA, INC.,<br><br>Defendant. | Index No.: 25-CV-02371 (JGLC)<br><br>DEFAULT JUDGMENT |

This action having been commenced on March 21, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, RTA, Inc. on March 27, 2025, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on April 1, 2025, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of ($146,521.84), which includes the following: contributions due in the minimum sum of $60,990.12 based on Employer remittance reports for week-ending December 22, 2024, through February 16, 2025, interest in the sum of $6,123.07 calculated at 2% above prime per annum from the due date for each delinquent week through March 2, 2026 on the unpaid contributions; liquidated damages in the sum of $12,198.02 calculated at 20% of the principal contribution amount owed; contributions due in the minimum sum of $13,997.52 based on Employer

Audit for the period January 1, 2024 through March 31, 2025; interest in the sum of $642.64 calculated at 2% above prime per annum from the due date to the date of the audit report; liquidated damages in the sum of $1,399.76 calculated at 10% of the principal amount; $45,064.71 in late charges on the late payment of contributions submitted in 2024, attorneys' fees in the sum of $5,625.00; plus court costs and disbursements of this action in the sum of $481.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith. The Clerk of Court is also directed to close this case.

Dated: White Plains, New York
October 28, 2026

So Ordered:

Jessica Clarke

Honorable Jessica G.L. Clarke, U.S.D.J.